IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MONIQUE SHAW,
   Plaintiff,
     v.

ABATEMENT TECHNOLOGIES, INC., et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-1263-TWT

**ORDER**

This is a pros se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the action be dismissed for want of prosecution. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 19 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge